| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>ACLU FOUNDATION OF NORTHERN CALIFORNIA<br>ALAN SCHLOSSER - # 49957<br>aschlosser@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>KATHLEEN GUNERATNE - # 250751<br>kguneratne@aclunc.org<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-1478<br><br>*Attorneys for Plaintiffs*<br>*San Francisco Progressive Media Center* | DAVIS WRIGHT TREMAINE LLP<br>THOMAS R. BURKE - #141930<br>505 Montgomery St. Suite 800<br>San Francisco, CA 94111<br>Telephone: (415) 276-6500<br><br>*Attorneys for Plaintiffs KQED, Inc. and*<br>*Los Angeles Times Communications LLC*<br><br>JEFFREY GLASSER - # 252596<br>Los Angeles Times Communications LLC<br>202 West 1st Street<br>Los Angeles, CA 90012<br>Telephone: (213) 237-5000<br><br>*Attorney for Plaintiff Los Angeles Times*<br>*Communications LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS LLC, KQED, INC., SAN FRANCISCO PROGRESSIVE MEDIA CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>RALPH DIAZ, ACTING SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, RONALD DAVIS, WARDEN OF THE CALIFORNIA STATE PRISON AT SAN QUENTIN,<br><br>Defendants. | Case No. 3:18-cv-02146-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 3, 17th Floor<br>Judge:     Hon. Richard Seeborg<br><br>Date Filed: April 11, 2018<br><br>Trial Date: Not Yet Set |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rules 16 and 7-12, Plaintiffs Los Angeles Times Communications LLC; KQED, Inc.; and San Francisco Progressive Media Center, and Defendants Ralph Diaz and Ronald Davis, by and through their respective counsel, enter into the following stipulation requesting that the Court schedule a case management conference for February 14, 2019. The parties hereby stipulate as follows:

1. On April 11, 2018, Plaintiffs filed their Complaint in this action;

2. On May 3, 2018, Defendants responded to the Complaint by filing a Partial Motion to Dismiss;

3. On August 17, 2018, the Court issued an order denying Defendants' Partial Motion to Dismiss;

4. On August 31, 2018, Defendants filed an Answer to the Complaint;

5. The Court has not scheduled a case management conference or issued a scheduling order in this matter;

6. The parties agree that a case management conference would facilitate the efficient and expeditious litigation of this case;

7. On November 14, 2018, Plaintiffs requested that Defendants stipulate to a joint request asking the Court to schedule a case management conference in the above-entitled matter.

8. Defendants requested that a case management conference be set on a mutually agreeable date after the holiday season in late January or early February. Plaintiffs provided two dates, January 24, 2019 and February 14, 2019, and Defendants chose February 14, 2019.

9. The parties stipulate and jointly request that the Court schedule a case management conference in the above-captioned matter for February 14, 2019.

**SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| Dated: December 18, 2018 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Ajay S. Krishnan*<br>AJAY S. KRISHNAN |
| | | Attorneys for Plaintiffs<br>San Francisco Progressive Media Center |
| Dated: December 18, 2018 | | DAVID WRIGHT TREMAINE LLP |
| | By: | */s/ Thomas R. Burke*<br>THOMAS R. BURKE |
| | | Attorneys for Plaintiffs KQED, Inc. and Los Angeles Times Communications LLC |
| Dated: December 17, 2018 | By: | */s/ Jay M. Goldman*<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General |
| | | Attorneys for Defendants Ralph Diaz and Ronald Davis |

## **ATTESTATION**

I, Ajay S. Krishnan, am the ECF user whose Login and Password authorized the filing of this document. Under Civil Local Rule 5-1(i)(3), I attest that the other above signatories have concurred in the filing of this document.

| | | |
|---|---|---|
| Dated: December 18, 2018 | By: | */s/ Ajay S. Krishnan*<br>AJAY S. KRISHNAN |

| | |
|---|---|
| 1 | [~~PROPOSED~~] **ORDER** |
| 2 | The parties' stipulation having been considered, and good cause appearing therefor, a case |
| 3 | management conference in this matter is scheduled for <u>February 14, 2019 at 10:00 a</u>m |
| 4 | **IT IS SO ORDERED.** |

Dated: 12/18/18      By: _[signature: Richard Seeborg]_
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT